IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 13-25037GLT |
| Bonnie D. Craig ) | Chapter 13 |
| Lawrence A. Craig ) | |
| Debtor(s) ) | |
| ) | Related to Doc No. 43 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | Hearing: 8/15/2018 at 10:00 AM |
| Movant(s) ) | |
| Vs. ) | |
| Bonnie D. Craig ) | |
| Lawrence A. Craig ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **August 15, 2018 at 10:00 a.m. before Judge Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **July 17, 2018.**

<u>6-27-18</u>
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D.#30399)
Attorney and the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bonnie D. Craig
Lawrence A. Craig
    Debtors

Case No. 13-25037-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas        Page 1 of 2        Date Rcvd: Jun 28, 2018
                      Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
```
db/jdb         +Bonnie D. Craig,    Lawrence A. Craig,    128 West Liberty Road,    Slippery Rock, PA 16057-5306
13759444       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
13794169        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13759445      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886)
13759446       +Barclay's Bank Deleware,    PO Box 8801,    Wilmington, DE 19899-8801
13759447       +Chase,    PO BOX 78420,    Phoenix, AZ 85062-8420
13759448       +Citi Financial,    PO Box 183071,    Columbus, OH 43218-3071
13759449       +Citizen's Bank,    PO Box 42010,    Providence, RI 02940-2010
13804722       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13760588       +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13777444       +E-mail/Text: bncmail@w-legal.com Jun 29 2018 02:07:53      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13759450       +E-mail/Text: mrdiscen@discover.com Jun 29 2018 02:07:17      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
13762643        E-mail/Text: mrdiscen@discover.com Jun 29 2018 02:07:17      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13759451        E-mail/Text: bankruptcynotice@fcbanking.com Jun 29 2018 02:07:20      First Commonwealth Bank,
                 PO BOX 537,    Indiana, PA 15701-0537
13759452       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2018 02:13:50      Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
13814104        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 02:24:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              RBS Citizens
13759453      ##+Nationwide Credit, Inc.,    2002 Summit Blvd.,    Suite 600,    Atlanta, GA 30319-1559
                                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Joseph J. Nash    on behalf of Debtor Bonnie D. Craig attorneynash@nashlawoffice.net
              Joseph J. Nash    on behalf of Joint Debtor Lawrence A. Craig attorneynash@nashlawoffice.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jun 28, 2018
                              Form ID: pdf900         Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                          TOTAL: 7