Form 310

FILED
7/19/18 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Bonnie D. Craig** | : | Case No. 13−25037−GLT |
| **Lawrence A. Craig** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 42 |
| | : | |

**ORDER DISMISSING CASE WITH PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this **The 19th of July, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)    The above−captioned case is **DISMISSED, with prejudice**, pursuant to *11 U.S.C. §109(g)*, **the Debtor(s) is/are ineligible to file bankruptcy under any chapter for two years or until July 18, 2020.**    The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later**.

      (2)    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on each such employer and entity.

      (3)    The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)    The Clerk shall give notice to all creditors of this dismissal.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-25037-GLT
Bonnie D. Craig                                                     Chapter 13
Lawrence A. Craig
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 2              Date Rcvd: Jul 19, 2018
                             Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db/jdb         +Bonnie D. Craig,    Lawrence A. Craig,    128 West Liberty Road,    Slippery Rock, PA 16057-5306
13759444       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
13794169        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13759445      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
13759446       +Barclay's Bank Deleware,    PO Box 8801,    Wilmington, DE 19899-8801
13759447       +Chase,   PO BOX 78420,    Phoenix, AZ 85062-8420
13759448       +Citi Financial,    PO Box 183071,    Columbus, OH 43218-3071
13759449       +Citizen's Bank,    PO Box 42010,    Providence, RI 02940-2010
13804722       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13760588       +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13777444       +E-mail/Text: bncmail@w-legal.com Jul 20 2018 02:27:43     ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13759450       +E-mail/Text: mrdiscen@discover.com Jul 20 2018 02:26:53     Discover,    PO Box 71084,
                Charlotte, NC 28272-1084
13762643        E-mail/Text: mrdiscen@discover.com Jul 20 2018 02:26:53     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13759451        E-mail/Text: bankruptcynotice@fcbanking.com Jul 20 2018 02:26:55     First Commonwealth Bank,
                PO BOX 537,   Indiana, PA 15701-0537
13759452       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:20:30     Lowes,    PO Box 530914,
                Atlanta, GA 30353-0914
13814104        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:20:00
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              RBS Citizens
13759453      ##+Nationwide Credit, Inc.,    2002 Summit Blvd.,    Suite 600,    Atlanta, GA 30319-1559
                                                                                              TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Joseph J. Nash    on behalf of Debtor Bonnie D. Craig attorneynash@nashlawoffice.net
              Joseph J. Nash    on behalf of Joint Debtor Lawrence A. Craig attorneynash@nashlawoffice.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2           User: dbas              Page 2 of 2            Date Rcvd: Jul 19, 2018
                               Form ID: pdf900         Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                TOTAL: 7