**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BONNIE D. CRAIG
    LAWRENCE A. CRAIG
        Debtor(s)

Case No.:13-25037 GLT

Ronda J. Winnecour
        Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/30/2013 and confirmed on 01/10/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,398.27 |
| Less Refunds to Debtor | 1,173.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,225.03 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,715.00 | |
|   Trustee Fee | 2,750.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,465.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 49,449.60 | 0.00 | 49,449.60 |
|     Acct: 9734 | | | | |
|   FIRST COMMONWEALTH BANK* | 5,285.00 | 5,285.00 | 453.02 | 5,738.02 |
|     Acct: 5851 | | | | |
| | | | | 55,187.62 |
| **Priority** | | | | |
|   JOSEPH J NASH ESQ | 2,715.00 | 2,715.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNIE D. CRAIG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNIE D. CRAIG | 1,173.24 | 1,173.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NASH LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 1,055.61 | 153.30 | 0.00 | 153.30 |

| 13-25037 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1009 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0058 | | | | |
| ALTAIR OH XIII LLC | 2,217.14 | 321.98 | 0.00 | 321.98 |
| Acct: 4153 | | | | |
| ALTAIR OH XIII LLC | 8,450.73 | 1,227.26 | 0.00 | 1,227.26 |
| Acct: 7298 | | | | |
| ALTAIR OH XIII LLC | 21,981.29 | 3,192.26 | 0.00 | 3,192.26 |
| Acct: 3551 | | | | |
| RBS CITIZENS NA(*) | 7,316.35 | 1,062.53 | 0.00 | 1,062.53 |
| Acct: 4819 | | | | |
| DISCOVER BANK(*) | 17,228.97 | 2,502.09 | 0.00 | 2,502.09 |
| Acct: 8132 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 773.70 | 112.36 | 0.00 | 112.36 |
| Acct: 6830 | | | | |
| | | | | 8,571.78 |

| TOTAL PAID TO CREDITORS | | | | 63,759.40 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY            0.00
SECURED         5,285.00
UNSECURED      59,023.79

Date: 11/05/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com